**2003–1229.   EOP–BT Towers, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2003–M–281, 2003–M–282, 2003–M–283 and 2003–M–288.

**2003–1245.   Forest Park City v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–V–76.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0985.   State ex rel. Saunders v. O–Kan Marine Repair, Inc.**
Franklin App. No. 02AP–697, 2003-Ohio-2020.